MARK VASSAIER, Respondent, *v.* MALLET C. JACKSON,
Appellant.

*Appeal from St. Louis Court of Common Pleas.*

*Krum & Harding,* for respondent.

*Mc Clellan, Moodey & H.,* for appellant.

WAGNER, Judge, delivered the opinion of the court.

From the record in this case it appears that the only ques-
tion presented for our consideration, is the sufficiency of
the presentment and demand made by the notary.   This
question has already been decided by the court at the present
term in the case of Bateson v. Clark et als., and for the rea-
sons therein given the judgment is affirmed.

Judge Holmes concurs ; Judge Lovelace absent.